| TO: | Courtroom Deputy Clerk |
| --- | --- |
| | for The Honorable Michael L. Brown |
| | United States District Court |
| | 75 Ted Turner Drive, SW |
| | Atlanta, GA 30303 |
| FROM: | John A. Moore, Esq. |
| RE: | **NOTICE OF LEAVE OF ABSENCE** |
| | <u>Khristopher Pepper v. Prime Rate Premium Finance Corp. et al.</u> |
| | CAN: 1:17-CV-03871-MLB |
| DATE: | February 27, 2018 |

**COMES NOW**, John A. Moore, Esq, counsel for Plaintiff/Petitioner in the above-referenced case, and pursuant to Local Rule 83.1E(3), respectfully notifies the Court, and all opposing counsel, that he will be on leave for the following periods:

1. The period of leave during which time applicant will be away from the practice of law is:

- April 12, 2018 – April 16, 2018 (Personal Vacation);
- April 19, 2018 – April 20, 2018 (Legal Conference)
- May 24, 2018 – May 28, 2018 (Personal Vacation)
- July 5, 2018 – July 9, 2018 (Personal Vacation)
- July 27, 2018 – August 2, 2018 (Legal Conference)
- August 20, 2018 – August 27, 2018 (Personal Vacation);
- November 22, 2018 – November 26, 2018 (Personal Vacation); and
- December 24, 2018 - December 31, 2018 (Personal Vacation).

2. The undersigned is lead counsel in the listed case and the interest of his client cannot be best represented during his absence. I hereby request that the referenced case not be calendared during the period of absence. Thank you.

Respectfully submitted,
**THE MOORE LAW GROUP, LLC**

By: _____
JOHN A. MOORE
Georgia Bar No. 519792

# CERTIFICATE OF SERVICE

    I hereby certify that on February 27, 2018, a copy of the foregoing document was served via the Court's ECF notification system, which will send notification of such filing to the following counsel of record in this action:

Susan J. Levy, Esq.
LEVY & PRUETT
125 Clairemont Avenue
Two Decatur TownCenter, Suite 550
Decatur, Georgia 30030

John G. Perry, Esq.
WOMBLE BOND DICKINSON (US) LLP
271 17th Street, N.W.
Suite 2400
Atlanta, Georgia 30363-1017

Benjamin Power Ralston, Esq.
WEINBERG WHEELER HUDGINS ET AL.
3344 Peachtree Road NE, Suite 2400
Atlanta, GA 30326

Crystal Deanna Filiberto, Esq.
HALL BOOTH SMITH, P.C.
191 Peachtree Street NE, Suite 2900
Atlanta, GA 30303-1775

Dated: February 27, 2018

**THE MOORE LAW GROUP, LLC**

/s/ John A. Moore
1745 Martin Luther King Jr. Dr.
Atlanta, GA 30314
(678) 288-5600 Telephone
(888) 553-0071 Facsimile
GA State Bar # 519792

Counsel for Petitioner